IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | | |
|---|---|---|
| ALLEN HARVEY MCNEAL, | ) | Civil No. 3:11-CV-5917-KLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR EAJA FEES AND COSTS |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

It is hereby ORDERED that attorney fees in the amount of $5,585.39, and expenses in the amount of $59.89, for a total of $5,645.28, shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and that costs in the amount of $363.00 should be awarded to Plaintiff pursuant to 28 U.S.C. § 1920.  See Astrue v. Ratliff, 130 S.Ct. 2521 (2010).  If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Teal M. Parham, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  Any check for EAJA fees shall be mailed to Plaintiff's counsel, Teal M. Parham at 910 12th Avenue - PO Box 757, Longview, WA 98632.

DATED this 12th day of October, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER FOR EAJA FEES & COSTS  [3:11-CV-5917-KLS] -1

1

2     Presented by:

3
      s/TEAL M. PARHAM
4     Teal M. Parham WSB #21954
      Attorney for Plaintiff
5     910 12th Avenue
      Longview WA  98632
6     Telephone:  (360) 423-3810
      FAX:  (360) 423-3812
7     tealparham@phklegal.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER FOR EAJA FEES & COSTS  [3:11-CV-5917-KLS] -2